UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN PENAFLOR, <br><br> Plaintiff, <br> v. <br><br> AMERICAN BROKERS CONDUIT, ET AL., <br><br> Defendants. | Case No.: C 09-01254 PVT <br><br> **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On June 9, 2009, defendants American Home Mortgage Servicing, Inc., Ahmsi Default Services, Inc., Mortgage Electronic Registration Systems, Inc. and Deutsche National Bank Trust Company as Trustee for American Home Mortgage Assets Tr 2007 moved to dismiss the complaint pursuant to Rule 12(b)(6), or in the alternative, for a more definite statement of claims and to strike certain allegations and prayers for relief. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than June 19, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."

ORDER, *page 1*

1  Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's
2  website at www.cand.uscourts.gov.
3  Dated: June 11, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge